**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SUE DeLARA,

          Plaintiff,

      - against -

UNIVERSAL UNDERWRITERS SERVICE
CORPORATION and ZURICH HOLDING
COMPANY OF AMERICA, INC.,

          Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 24-7410 (ST)

A Memorandum and Order of Honorable Steven L. Tiscione, United States Magistrate Judge, having been filed on September 26, 2025, granting Defendants' motion to dismiss for lack of subject matter jurisdiction and dismissing the case without prejudice, it is

**ORDERED AND ADJUDGED** that Plaintiff Sue DeLara take nothing of Defendants Universal Underwriters Service Corporation and Zurich Holding Company of America, Inc.; that Defendants' motion to dismiss lack of subject matter jurisdiction is granted; that the case is dismissed without prejudice; and that this case is closed.

Dated: September 29, 2025
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                      CLERK OF THE COURT

                                          BY:    /s/ JAMES J. TORITTO
                                                           DEPUTY CLERK